*E-Filed: January 27, 2014*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| KATHRYN CSERNA,<br><br>　　　　Plaintiff,<br>　v.<br><br>MORGAN HILL POLICE DEPT. OFFICER CARLOS GUERRERO,<br><br>　　　　Defendants.<br>_____/ | No. C14-00241 HRL<br><br>**ORDER GRANTING MOTION TO PROCEED IN FORMA PAUPERIS**<br><br>**REPORT AND RECOMMENDATION THAT MOTION TO REMOVE CASE BE DENIED** |

　　　　Kathryn Cserna, proceeding pro se, filed a civil rights suit in Santa Clara County Superior Court that she now seeks permission to remove here. Although it is not entirely clear, her one-page motion indicates that she wishes to remove her state court case to federal court to correct a mistake and/or set aside a judge's decision from December 3, 2013. Cserna also requests leave to proceed in forma pauperis (IFP).

　　　　A court may authorize the commencement of a civil action in forma pauperis ("IFP") if the court is satisfied that the applicant cannot pay the requisite filing fees. 28 U.S.C § 1915(a)(1). In evaluating such an application, the court should "gran[t] or den[y] IFP status based on the applicant's financial resources alone and then independently determin[e] whether to dismiss the complaint on the grounds that it is frivolous." *Franklin v. Murphy*, 745 F.2d 1221, 1226-27 n.5 (9th Cir. 1984). A court may dismiss a case filed without the payment of the filing fee whenever it determines that the action "(i) is frivolous or malicious; (ii) fails to state a claim on which relief may

be granted; or (iii) seeks monetary relief against a defendant who is immune from such relief." 28 U.S.C. § 1915(e)(2)(B)(i)-(iii).

Having reviewed plaintiff's financial affidavit, the court finds that she lacks sufficient resources to pay the filing fee, and her IFP application is granted. Even so, her attempt to remove this case is improper and her motion to do so should be denied. Only defendants have the right to remove a case from state to federal court. 28 U.S.C. § 1441(a). Additionally, insofar as Cserna seeks to have this court review any state court orders, it is not evident that any such appeal properly would be before this court.

Because not all parties have consented to the undersigned's jurisdiction, this court ORDERS the Clerk of the Court to reassign this case to a District Judge. The undersigned further RECOMMENDS that the newly assigned judge deny her "Motion to Remove Case From Superior Court To Federal Court." Any party may serve and file objections to this Report and Recommendation within fourteen days after being served. 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72.

**IT IS SO ORDERED.**

Dated: January 27, 2014

HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

**C14-00263 HRL Notice will be mailed to:**

Kathryn Cserna
P.O. Box 1601
Morgan Hill, CA 95038

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.**