IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| KATHRYN CSERNA, | CASE NO. 5:14-cv-00241 EJD |
| Plaintiff(s), | **ORDER ADOPTING REPORT AND RECOMMENDATION** |
| v. | |
| CARLOS GUERRERO, et. al. | [Docket Item No(s). 4] |
| Defendant(s). | |

No objections having been received within the time permitted by Federal Rule of Civil Procedure 72(b), the court hereby ADOPTS the Report and Recommendation issued by Magistrate Judge Howard R. Lloyd on January 27, 2014. See Docket Item No. 4.

Accordingly, Plaintiff's Motion "to Remove Case from Superior Court to Federal Court" (Docket Item No. 1) is DENIED.  Since that is the only relief requested in this action, the clerk is directed to close this file.

**IT IS SO ORDERED.**

Dated: February 11, 2014

_____
EDWARD J. DAVILA
United States District Judge

1

CASE NO. 5:14-cv-00241 EJD
ORDER ADOPTING REPORT AND RECOMMENDATION